# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, D.C. KING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**BENJAMIN J. ARTIGUE**
**STAFF SERGEANT (E-6), U.S. MARINE CORPS**

**NMCCA 201400395**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 24 June 2014.
**Military Judge:** Col M.B. Richardson, USMC.
**Convening Authority:** Commanding General, 3d Marine Aircraft Wing, MCAS Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation:** Col D.K. Margolin, USMC.
**For Appellant:** CAPT Charles Stimson, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**10 February 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court